**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**MICHAEL KEITH MORROW,**

**Petitioner,**

**v.** **Case No. 4:26cv363-MCR-HTC**

**FLORIDA STATE HOSPITAL**
**CHATTAHOOCHEE, et al.,**

**Respondents.**
____________________________/

# ORDER

The magistrate judge issued a Report and Recommendation on September 1, 2026 (ECF No. 13), which recommends this case be dismissed *sua sponte* under the abstention doctrine articulated in *Younger v. Harris*, 401 U.S. 37 (1971) and because it seeks relief not cognizable in a habeas case. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (ECF Doc. 13) is adopted and incorporated by reference in this order.

(2) This case is DISMISSED.

(3) The Clerk is directed to close the file.

**DONE AND ORDERED** this 6th day of November 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**